| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: DISTRICT OF NEVADA | |
| Case number *(if known)* | Chapter you are filing under:<br>☑ Chapter 7<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13      ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy   06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **LIDIA**<br>First name<br><br>**MORALES**<br>Middle name<br><br>**CORDERO**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **LIDIA M CORDERO**<br>**LIDIA CORDERO** | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-6098 | |

Debtor 1  **LIDIA MORALES CORDERO**  Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN | EIN |
| **5. Where you live** | **901 Sulphur Springs Unit 102**<br>**Las Vegas, NV 89128**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  **LIDIA MORALES CORDERO**                                         Case number *(if known)*

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.*

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☐ No.
- ■ Yes.

| | | | |
|---|---|---|---|
| District **NV** | When **6/09/17** | Case number **Ch 13** |
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| | |
|---|---|
| Debtor | Relationship to you |
| District                        When | Case number, if known |
| Debtor | Relationship to you |
| District                        When | Case number, if known |

**11. Do you rent your residence?**

- ■ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1  **LIDIA MORALES CORDERO**                                                  Case number *(if known)*

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number, Street, City, State & Zip Code

Debtor 1  **LIDIA MORALES CORDERO**  Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**About Debtor 1:**

**About Debtor 2 (Spouse Only in a Joint Case):**

15. **Tell the court whether you have received a briefing about credit counseling.**

    The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

    If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **LIDIA MORALES CORDERO**                                             Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

■ Yes. I am filing under Chapter 7.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ LIDIA MORALES CORDERO**
LIDIA MORALES CORDERO                                    Signature of Debtor 2
Signature of Debtor 1

Executed on  **August  1, 2024**                            Executed on _____
             MM / DD / YYYY                                            MM / DD / YYYY

Debtor 1  **LIDIA MORALES CORDERO**                                      Case number *(if known)*

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Seth D Ballstaedt, Esq.**                          Date  **August  1, 2024**
Signature of Attorney for Debtor                                MM / DD / YYYY

**Seth D Ballstaedt, Esq.**
Printed name

**Fair Fee Legal Services**
Firm name

**8751 W Charleston Blvd #230**
**Las Vegas, NV 89117**
Number, Street, City, State & ZIP Code

Contact phone  **(702) 715-0000**          Email address  **help@bkvegas.com**

**11516 NV**
Bar number & State

Official Form 101                   **Voluntary Petition for Individuals Filing for Bankruptcy**                   page 7

```
LIDIA MORALES CORDERO
901 Sulphur Springs Unit 102
Las Vegas, NV 89128

Seth D Ballstaedt, Esq.
Fair Fee Legal Services
8751 W Charleston Blvd #230
Las Vegas, NV 89117

Acima
9815 S. Monroe Street, 4th Floor
Sandy, UT 84070

Advance America
560 N. Nellis Suite E-5
Las Vegas, NV 89110

Affirm
650 California St
San Francisco, CA 94108

Amazon
PO box 80276
Seattle, WA 98108

Avid Acceptance
Acct No xxxxx0095
Attn: Bankruptcy
Po Box 734528
Dallas, TX 75373

Bank of America
Acct No xxxxxxxxxxx6494
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Bank of America
Acct No xxxxxxxxxxx7765
Attn: Bankruptcy
4909 Savarese Circle
Tampa, FL 33634

Barclays Bank Delaware
Acct No xxxxxxxxxx1392
Attn: Bankruptcy
125 South West St
Wilmington, DE 19801

Capital One
Acct No xxxxxxxxxxx6739
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130
```

```
Citibank/The Home Depot
Acct No xxxxxxxxxxxx5544
Citicorp Cr Srvs/Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179

Clark County Credit Union
Acct No xxxxx5215
Attn: Bankruptcy
Po Box 36490
Las Vegas, NV 89133

Clark County Credit Union
Acct No xxxxx4210
Attn: Bankruptcy
Po Box 36490
Las Vegas, NV 89133

Clark County Credit Union
Acct No xxxx5511
Attn: Bankruptcy
Po Box 36490
Las Vegas, NV 89133

Clark County Credit Union
Acct No xxxx5510
Attn: Bankruptcy
Po Box 36490
Las Vegas, NV 89133

Conn's HomePlus
Acct No xxxxx1633
2445 Technology Forest Boulevard
Building 4, Suite 800
The Woodlands, TX 77381

Conn's HomePlus
Acct No xxxxx1632
2445 Technology Forest Boulevard
Building 4, Suite 800
The Woodlands, TX 77381

Conn's HomePlus
Acct No xxxxx1631
2445 Technology Forest Boulevard
Building 4, Suite 800
The Woodlands, TX 77381

Conn's HomePlus
Acct No xxxxx1630
2445 Technology Forest Boulevard
Building 4, Suite 800
The Woodlands, TX 77381
```

```
Continental Finance Company
Acct No xxxxxxxxxxxx3763
Attn: Bankruptcy
4550 New Linden Hill Rd
Wilmington, DE 19808

Credit One Bank
Acct No xxxxxxxxxxxx4600
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

Credit One Bank
Acct No xxxxxxxxxxxx1619
Attn: Bankruptcy Department
6801 Cimarron Rd
Las Vegas, NV 89113

Dept. of Employment, Training & Rehab
Employment Security Division
500 East Third Street
Carson City, NV 89713

Easy Pay/Duvera Collections
Acct No xxx6659
Attn: Bankruptcy
Po Box 2549
Carlsbad, CA 92018

First Premier Bank
Acct No xxxxxxxxxxxx5774
3820 N Louise Ave
Sioux Falls, SD 57107

Fortiva
Acct No xxxxxxxxxxxx2649
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348

Fortiva
Acct No xxxxxxxxxxxx6858
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348

Fortiva
Acct No xxxxxxxxxxxx8258
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348
```

```
Fortiva
Acct No xxxxxxxxxxxx6265
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348

Fst Premier
Acct No xxxxxxxxxxxx6017
3820 N Louise Ave
Sioux Falls, SD 57107

Ftl Finance
Acct No x0841
Attn: Bankruptcy
820 S Main St, Ste 300
St Charles, MO 63301

Genesis FS Card Services
Acct No xxxxxxxxxxxx1164
Attn: Bankruptcy
Po Box 4477
Beaverton, OR 97076

Goldman Sachs Bank USA
200 West Street
New York, NY 10282

Guild Mortgage Company
Acct No xxxxxx7990
Attn: Bankruptcy
Po Box 85304
San Diego, CA 92186

Guild Mortgage Company
Acct No xxxxxx9129
Attn: Bankruptcy
Po Box 85304
San Diego, CA 92186

Guild Mortgage Company
Acct No xxxxxx4397
Attn: Bankruptcy
Po Box 85304
San Diego, CA 92186

Guild Mortgage Company
Acct No xxxxxx4328
Attn: Bankruptcy
Po Box 85304
San Diego, CA 92186

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346
```

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jpmcb
Acct No xxxxxxxxxxxx0459
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

Jpmcb
Acct No xxxxxxxxxxxx8770
MailCode LA4-7100
700 Kansas Lane
Monroe, LA 71203

Kohl's
Acct No xxxxxxxxxxxx9133
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

Macy's/ DSNB
Acct No xxxxxxxxxxxx9198
Atytn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104

Macy's/ DSNB
Acct No xxxxxxxx2931
Atytn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104

Macy's/ DSNB
Acct No xxxxxxxx2930
Atytn: Bankruptcy
701 E. 60th Street North
Sioux Falls, SD 57104

Merrick Bank/Card Works
Acct No xxxxxxxxxxxx9134
Attn: Bankruptcy
P.O. Box 5000
Draper, UT 84020

Nevada Dept. of Taxations, Bankruptcy
555 E Washington Ave, #1300
Las Vegas, NV 89101

One Nevada Credit Union
Acct No xxxxxxx8840
Attn: Bankruptcy
2645 South Mojave Road
Las Vegas, NV 89121
```

One Nevada Credit Union
Acct No xxxxxxx8813
Attn: Bankruptcy
2645 South Mojave Road
Las Vegas, NV 89121

One Nevada Credit Union
Acct No xxxxxxx8812
Attn: Bankruptcy
2645 South Mojave Road
Las Vegas, NV 89121

PenFed CU
Acct No xxxxxxx8966
2930 Eisenhower Ave
Alexandria, VA 22314

Pentagon Federal Credit Union
Acct No xxxxxxxxxxxx4518
Attn: Bankruptcy
2930 Eisenhower Avenue
Alexandria, VA 22314

Progressive Leasing
265 Data Dr.
Draper, UT 84020

Sunbit Financial
Acct No xxxx2486
Attn: Bankruptcy
10880 Wilshire Blv Suite 870
Los Angeles, CA 90024

Synchrony Bank
Acct No xxxxxxxxxxxx2861
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Amazon
Acct No xxxxxxxxxxxx8731
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Care Credit
Acct No xxxxxxxxxxxx0025
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Discount Tire
Acct No xxxxxxxx9613
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Lowes
Acct No xxxxxxxxxxxx1917
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony Bank/Sams Club
Acct No xxxxxxxxxxxx3998
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Synchrony/Ashley Furniture Homestore
Acct No xxxxxxxxxxxx1468
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896

Target NB
Acct No xxxxxxxxxxxx6755
C/O Financial & Retail Services
Mailstop BT PO Box 9475
Minneapolis, MN 55440

United States Trustee
300 Las Vegas Blvd. South #4300
Las Vegas, NV 89101

Upgrade, Inc.
Acct No xxxxx5267
Attn: Bankruptcy
275 Battery Street 23rd Floor
San Francisco, CA 94111

Verizon Wireless
Acct No xxxxxxxxxx0001
Attn: Bankruptcy
500 Technology Dr, Ste 599
Weldon Springs, MO 63304

Westlake Portfolio Management, LLC
Acct No xxxx9302
Attn: Bankruptcy
Po Box 76809
Los Angeles, CA 90054